# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>WILLIAMS ABEL RAMOS-VASQUEZ<br><br>*Defendant* | )<br>)<br>) Case No. 3:26-cr-10-KDB<br>)<br>)<br>) |

**FILED**
Charlotte
Feb 05 2026
U.S. District Court
Western District of N.C.

**RECEIVED**
**UNITED STATES MARSHAL**
1:44 pm, Jan 22 2026
**WESTERN NORTH CAROLINA**
**CHARLOTTE**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* WILLIAMS ABEL RAMOS-VASQUEZ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
8 U.S.C. §§ 1326(a) and (b)(2)

Date: 1/21/2026

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 1-22-2026, and the person was arrested on *(date)* 1-23-2026
at *(city and state)* Charlotte, NC

Date: 1-27-2026

*Arresting officer's signature*

Consuelo M. Burch, Deportation Officer
*Printed name and title*